*boro Farm Prods.*, 22 NY2d 204, 208). (Appeals from order of Supreme Court, Monroe County, Willis, J.—partial summary judgment.) Present—Callahan, J. P., Denman, Green, Balio and Lawton, JJ.

WILLIAM VAN WORMER et al., Appellants, v PLANNING BOARD OF TOWN OF RICHLAND et al., Respondents.— Present— Callahan, J. P., Denman, Green, Balio and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE P. FISHER, Appellant.— Present— Boomer, J. P., Green, Pine, Lawton and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD DANIELS, Appellant.—